| | | | |
|---|---|---|---|
| Bittner v. Smith...................... | 513 WDA 2016 Affirmed, Reversed and Remanded | 10/24/2016 | 341 Domestic 2014 (Somerset) |
| Smith v. Bittner...................... | 514 WDA 2016 Affirmed, Reversed and Remanded | 10/24/2016 | No. 349 Domestic 2014, Pacses No. 7461150 (Somerset) |
| In re Adoption of L.C.; Appeal of K.G. ... | 690 WDA 2016 Affirmed | 10/24/2016 | 2015–782 IVT (Cambria) |
| Com. v. Kirchner .................... | 1648 EDA 2015 Vacated and Remanded | 10/25/2016 | CP–51–CR–0005550–2014 (Philadelphia) |
| Com. v. Foster ...................... | 1689 EDA 2015 Affirmed | 10/25/2016 | CP–51–CR–1008631–1998 (Philadelphia) |
| Com. v. Tirado ...................... | 1741 EDA 2015 Affirmed | 10/25/2016 | CP–39–CR–0003589–2009 (Lehigh) |
| Com. v. Staton ...................... | 2085 EDA 2015 Affirmed | 10/25/2016 | CP–39–CR–0000671–2013 (Lehigh) |
| Com. v. Sparrow .................... | 2240 EDA 2015 Affirmed | 10/25/2016 | CP–51–CR–0002859–2014 (Philadelphia) |
| Com. v. Austin ...................... | 2254 EDA 2015 Affirmed | 10/25/2016 | CP–51–CR–0516941–1993 (Philadelphia) |
| Com. v. Brown [33] .................... | 2435 EDA 2015 Affirmed | 10/25/2016 | CP–51–CR–0708081–1996 (Philadelphia) |
| Com. v. Powell...................... | 2441 EDA 2015 Affirmed | 10/25/2016 | CP–51–CR–0000781–2011 (Philadelphia) |
| Com. v. Croak ...................... | 2938 EDA 2015 Affirmed | 10/25/2016 | CP–09–CR–0003014–2013 CP–09–CR–0003924–2013 (Bucks) |
| Com. v. Jones....................... | 3017 EDA 2015 Affirmed | 10/25/2016 | CP–51–CR–0003683–2014 (Philadelphia) |
| Com. v. Williams.................... | 3135 EDA 2015 Affirmed | 10/25/2016 | CP–51–CR–0004913–2010 (Philadelphia) |
| Com. v. Lockhart ................... | 3812 EDA 2015 Affirmed | 10/25/2016 | CP–45–CR–0000634–2012 (Monroe) |
| Black Wolf Rod & Gun v. International Dev. ............................ | 1972 MDA 2015 Affirmed | 10/25/2016 | 15–00411 (Lycoming) |

33. Petition for reargument denied January 12, 2017.